**W/F; A; C/P COURTROOM MIN. SHEET**         **DATE** __November 6, 2008__

**CR. CASE NO.** __08-264-1__ R  U.S.A. -vs- __STEVE W. NIEVAR__

**COMMENCED** __9:00__   **ENDED** __9:30__   **TOTAL TIME** __30 min.__

**JUDGE DAVID L. RUSSELL   C.R. DEPUTY NANCY STARK   REPORTER ALANA LaGROW**

**COUNSEL FOR PLF.** __Jeb Boatman__

**COUNSEL FOR DFT.** __Gerald Hilsher, Richard Mullins__

**PROCEEDINGS:** <u>Waive/File</u>   Arraignment   Change of Plea   Interpreter:

**MINUTE:**   Enter as above.           **Defendant's Age** __45__

<u>**Dft. appears in person with**</u> - without - ct. apptd. - <u>private - counsel</u> - Public Defender

**Is fully apprized.**         **Waives Counsel.**         <u>**Waives Indictment.**</u>

**Consents to proceed under FJDA.**

**Consents that case be transferred to this District Under Rule 20.**

**Asks and granted leave to withdraw pleas of not guilty to COUNTS** _____

**ENTERS PLEA OF** __Guilty__ **to COUNTS** __1__

**COUNTS** _____ **to be dismissed at time of sentencing.**

<u>**Plea**</u>(s) <u>**accepted and referred to Probation Officer.**</u>

**Dft. given** ____ **days to file motions; Plf to respond** ____ **days thereafter.**

**CASE TO BE ON** _____ **JURY DOCKET.**     <u>**WAIVES JURY**</u>

**Bond set at** __10,000__ (**O.R.** - cash or surety) STAND ON PRESENT BOND

**Remanded to U.S. Marshal**     **Remanded to U.S. Magistrate for processing bond.**

**MAXIMUM PENALTY** __5 yrs, $250,000 and/or both w/$100 Special Assessment Fee__

**If sentenced - subject to SUPERVISED RELEASE, TERM OF** __3__ **YEARS.**

**SUBJECT TO YCA** _____         **GUIDELINES CASE** _____

**ENTER ORDER:** _____